UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
   -v- : 20-CR-499 (LTS)
:
KEITH HALLIBURTON and JEREMIAH YOUNG, :
:
   Defendants. :
:
-------------------------------------------------------------------X

### ORDER

      The Court has requested that an initial pretrial conference take place via teleconference on the morning of **November 13, 2020**, **at 10:30 a.m**.  No conference date, time or modality can be confirmed before the end of the preceding week, so counsel are requested to keep their calendars open between the hours of **9 a.m. and 2 p.m. on November 13, 2020**, until further notice.

      The Court has also requested that each defense counsel be given an opportunity to speak with his client by telephone for fifteen minutes before the proceeding begins; defense counsel should make sure to answer the telephone number that was previously provided to Chambers at that time.

      In advance of the conference, Chambers will provide the parties with further information on how to access the conference.

   SO ORDERED.

Dated: New York, New York
       October 27, 2020

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              United States District Judge