```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA,                                              :
                                                                       :
                -v-                                                    :    20-CR-499 (LTS)
                                                                       :
KEITH HALLIBURTON and JEREMIAH YOUNG,                                  :
                                                                       :
                Defendants.                                            :
                                                                       :
-----------------------------------------------------------------------X
```

## ORDER

The pretrial conference currently scheduled for May 19, 2021, at 9:00 a.m., is hereby rescheduled to proceed as a telephonic conference on **May 19, 2021**, **at 10:30 a.m**.

To access the conference, the participants must dial **888-363-4734**, enter the access code **1527005#**, and the security code **3891#**. (Members of the press and public may call the same number, but will not be permitted to speak during the conference.) During the call, participants are directed to observe the following rules:

1. Use a landline whenever possible.
2. Use a handset rather than a speakerphone.
3. All callers to the line must identify themselves if asked to do so.
4. Identify yourself each time you speak.
5. <u>Mute</u> when you are not speaking to eliminate background noise.
6. Spell proper names.

Finally, all of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited. <u>See</u> Standing Order M-10-468, No. 21-MC-45 (S.D.N.Y. Jan. 19, 2021). Violation of these prohibitions may result in sanctions, including

removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

    SO ORDERED.

Dated: New York, New York
       May 13, 2021

                                                                        /s/ Laura Taylor Swain
                                                                       LAURA TAYLOR SWAIN
                                                                       Chief United States District Judge