

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 2, 2021

**BY ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   *United States v. Keith Halliburton & Jeremiah Young*, 20 Cr. 499 (LTS)

Dear Chief Judge Swain:

The Government writes with the consent of the defendants to request a two-week adjournment of the upcoming June 14, 2021 status conference in this matter. The parties are currently in the final stages of discussions regarding possible pretrial dispositions and expect those discussions to be complete by the end of the month. The Government intends to request a pretrial motions schedule and trial date in the event dispositions are not reached by that time. Adjourning the status conference for two additional weeks will permit the parties to conclude their discussions so that a concrete update can be provided to the Court at the next conference.

The Government also requests the exclusion of time under the Speedy Trial Act from today's date until the adjourn date selected by the Court. The ends of justice served by such a continuance outweigh the best interests of the public and the defendants in a speedy trial because the continuance is designed to permit the parties to continue their discussions regarding a potential pretrial resolution of this matter, and to reflect the limited availability of jury trials in this District in light of the COVID-19 pandemic. The defendants consent to the requested exclusion.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _/s/_____
Kedar S. Bhatia
Jacob R. Fiddelman
Assistant United States Attorneys
(212) 637-2465/1024

The foregoing adjournment and exclusion requests are granted, for the reasons stated above. The conference is adjourned to June 28, 2021, at noon. The Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through June 28, 2021, outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above. No conference date, time or modality can be confirmed before the end of the preceding week, so counsel are requested to keep their calendars open between the hours of 9 a.m. and 1 p.m. on June 28, 2021, until further notice. DE# 37 resolved.

SO ORDERED.
Dated: June 2, 2021
/s/ Laura Taylor Swain, Chief U.S.D.J.

  cc:   Defense counsel (by ECF)