```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA,                                              :
                                                                       :
            -v-                                                        :     20-CR-499 (LTS)
                                                                       :
KEITH HALLIBURTON and JEREMIAH YOUNG,                                  :
                                                                       :
            Defendants.                                                :
                                                                       :
-----------------------------------------------------------------------X
```

## ORDER

The Court has requested that a pretrial conference take place via teleconference on **June 29, 2021**, **at 9:00 a.m**. No conference date, time or modality can be confirmed before the end of the preceding week, so counsel are requested to keep their calendars open between the hours of **9 a.m. and 1 p.m. on June 29, 2021**, until further notice.

The Court has also requested that each defense counsel be given an opportunity to speak with his client by telephone for fifteen minutes before the proceeding begins; defense counsel should make sure to answer the telephone number that was previously provided to Chambers at that time.

In advance of the conference, Chambers will provide the parties with further information on how to access the conference.

SO ORDERED.

Dated: New York, New York
       June 18, 2021

                                             /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             Chief United States District Judge