UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH HALLIBURTON, | |
| Petitioner, | 24-cv-1891 (JSR) (RFT) |
| -against- | 20-CR-0499 (JSR) |
| UNITED STATES OF AMERICA, | ORDER |
| Respondent. | |

**ROBYN F. TARNARSKY, United States Magistrate Judge**:

On March 11, 2024, Petitioner Keith Halliburton, proceeding pro se, submitted a motion seeking habeas corpus relief pursuant to 28 U.S.C. § 2255 (the "Motion"). Respondent United States of America filed its opposition on August 13, 2024. (*See* ECF 87, ECF 88). Petitioner's reply was due 30 days later, on September 13, 2024. (*See* ECF 80, Order). To date, Petitioner has neither filed his reply nor requested an extension of his time to do so.

I am prepared to extend, sua sponte and nunc pro tunc, Mr. Halliburton's time to file a reply. However, I am unsure where Mr. Halliburton is presently incarcerated. At the time of his last filing, Petitioner was incarcerated at Federal Correctional Institution (FCI) Thomson, in Thomson, IL. (*See* ECF 74 at 38.) The Bureau of Prisons Inmate Locator indicates that Petitioner is currently housed at Federal Transfer Center (FTC) Oklahoma City. *See* https://www.bop.gov (last visited September 26, 2024). This Court has been unable to confirm Halliburton's location with FTC Oklahoma City or FCI Thompson.

It is ORDERED that, by **October 1, 2024**, the U.S. Attorney's Office shall file a letter on the docket identifying Mr. Halliburton's current location.

Dated: September 26, 2024
    New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge