UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
KEITH HALLIBURTON

        Petitioner,                    24-cv-1891 (JSR)
                                       20-cr-0499-01 (JSR)
   -against-
                                       ORDER
UNITED STATES OF AMERICA,

        Respondent.
```

JED S. RAKOFF, U.S.D.J.:

    On June 6, 2025, Magistrate Judge Robynn F. Tarnofsky issued a Report and Recommendation in the above-captioned case recommending that petitioner Keith Halliburton's request for a hearing and motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 be denied. Despite receiving notice that he was required to file any objections within seventeen days of service and that a failure to do so would result in a waiver of his right to further review, Mr. Halliburton has not filed any objections. For that reason alone, he has waived any right to review by this Court. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Spence v. Superintendent, 219 F.3d 162, 174 (2d Cir. 2000).

    In an abundance of caution, the Court has reviewed the underlying record de novo and finds that it is in complete agreement with the Report and Recommendation. Accordingly, the Court hereby adopts the Report and Recommendation in full, and, for the reasons stated therein, denies Mr. Halliburton's request for a hearing and his petition with

1

prejudice. In addition, because Mr. Halliburton has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253. Moreover, the Court certifies that any appeal from this Order would not be taken in good faith, as Mr. Halliburton's claim lacks any arguable basis in law or fact, and that permission to proceed in forma pauperis is therefore denied. See 28 U.S.C. § 1915(a)(3).

For the reasons stated above, the Clerk of Court is respectfully directed to enter judgment.

SO ORDERED.

New York, NY
7/28, 2025

_____
JED S. RAKOFF, U.S.D.J.