UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
UNITED STATES OF AMERICA,

        -v-

KEITH HALLIBURTON,

            Defendant.
```

20-cr-499-1 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

The Court recently received a letter from defendant Keith Halliburton, stylized as a reply to the Government's opposition to his motion for sentence reduction. The Court issued its order denying Mr. Halliburton's motion on December 22, 2025, see ECF No. 98, and will therefore construe the letter as a motion for reconsideration. The Government is directed to respond to Mr. Halliburton's letter by no later than February 9, 2026.

    SO ORDERED.

New York, NY
January 7, 2026

_____
JED S. RAKOFF, U.S.D.J.