UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

KEITH HALLIBURTON,

        Defendant.

---

20-cr-499-1 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Defendant Keith Halliburton, proceeding pro se, moved for this Court to reconsider its denial of his motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). See ECF Nos. 98, 99. The Government responded by noting that the defendant's new brief does not "change[] the correctness of the Court's denial of the motion for the reasons the Court previously detailed," and substantively relying upon its earlier opposition. ECF No. 101; see ECF No. 97.

The Court agrees with the Government that the defendant's motion for reconsideration does not offer additional facts or law, not previously considered, that would impact the Court's earlier decision. Accordingly, the defendant's motion for reconsideration is denied.

    SO ORDERED.

New York, NY
January 14, 2026

JED S. RAKOFF, U.S.D.J.